UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Okler, Michael C. | Docket No. | 0980 1:18MJ04025-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael C Okler, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 23rd day of February, 2018, under the following condition:

**Condition #1:** Defendant shall report to the United States Probation/Pretrial Service Office immediately upon release and report as often as directed, at such times and in such manner as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Failing to follow verbal and written instructions by a United States Probation officer to report to the Western District of Washington pretrial office as directed on February 26, 2018.

PRAYING THAT THE COURT WILL ISSUE A WARRANT.

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 2018

by s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

March 6, 2018
Date